# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOOD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HECTOR RIOS,<br><br>　　　　Defendant | Case No.:1:12-cv-00620-DLB (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COPY OF ANSWER ON PETITIONER AS CURRENT ADDRESS OF RECORD AND GRANTING PETITIONER THIRTY DAYS TO FILE AN OPTIONAL REPLY |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States magistrate judge.  Local Rule 305(b).

　　　　On August 1, 2012, Respondent filed an answer to the petition for writ of habeas corpus. On September 10, 2012, Petitioner filed a notice of change of address indicating he has been transferred to the Federal Correctional Institution in Butner, North Carolina.

　　　　Because Respondent's answer was served at Petitioner's prior address of record, in the interest of justice, the Court will direct the Clerk of Court to serve a copy of Respondent's answer on Petitioner at his current address of record and grant Petitioner thirty days from the date of service of this order to file an optional reply.

Accordingly, it is HEREBY ORDERED that:

1.	The Clerk of Court is directed to serve a copy of Respondent's answer filed on August 1, 2012 (Doc. 14) on Petitioner; and

2.	Petitioner is granted thirty days from the date of service of this order to file a reply.

IT IS SO ORDERED.

Dated:   **September 21, 2012**              /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE